Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMAN and LYUBOV BRUTSKY, Husband and Wife together with their Marital community,<br><br>    Plaintiffs,<br>v.<br><br>CAPITAL ONE, N.A.,<br><br>    Defendant. | NO. 2:17-cv-00491-RAJ<br><br>NOTICE OF WITHDRAWAL<br><br>[Clerk's Action Required] |

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(2), Adam G. Hughes of Anglin Flewelling Rasmussen Campbell & Trytten LLP ("AFRCT, LLP") hereby withdraws as attorney for Defendant Capital One, N.A. in the above entitled action.

104034/000037/01485236-1
NOTICE OF WITHDRAWAL- 1
CASE NO. 2:17-cv-00491-RAJ

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to Defendant Capital One, N.A., except original process, should be served upon both new counsel Barbara L. Bollero at:

>Barbara L. Bollero
>AFRCT LLP
>701 Pike Street, Suite 1560
>Seattle, WA  98101
>Email:  bbollero@afrct.com
>Telephone:  (206) 492-2300
>Facsimile:   (206) 492-2319

<u>and also</u> *Pro Hac Vice* Counsel:

>Karen Rosenthal, (*pro hac vice*)
>GREENBERG TRAURIG
>1900 University Ave., 5th Floor
>East Palto Alto, CA 94303
>Phone:  (650) 289-7868
>Email:  rosenthalk@gtlaw.com

DATED this 28th day of June, 2017.

>/s/ Adam G. Hughes
>Adam G. Hughes, WSBA No. 34438
>AFRCT, LLP
>701 Pike Street, Suite 1560
>Seattle, WA  98101
>Phone:  (206) 492-2300
>Email:  ahughes@afrct.com
>*Attorney Withdrawing for*
>*Defendant Capital One, N.A.*

104034/000037/01485236-1
NOTICE OF WITHDRAWAL- 2
CASE NO.  2:17-cv-00491-RAJ

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

# CERTIFICATE OF SERVICE

I hereby certified that on June 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

| | |
|---|---|
| Russell M. Odell<br>RUSSELL M. ODELL, ATTORNEY AT LAW<br>251 – 153rd Place Southeast<br>Bellevue, WA 98007<br>*Attorneys for Plaintiffs* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[X] By CM/ECF System |
| Karen Rosenthal, pro hac vice<br>GREENBERT TRAURIG<br>1900 University Ave., 5th Floor<br>East Palto Alto, CA 94303<br>*Pro hac vice Attorney Defendant Capital One, N.A.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[X] By CM/ECF System |

Signed this 28th day of June, 2017, at Seattle, Washington.

*/s/Kay Spading*
Kay Spading, Legal Assistant
AFRCT, LLP

104034/000037/01485236-1
NOTICE OF WITHDRAWAL- 3
CASE NO.  2:17-cv-00491-RAJ

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300